# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| XIAOMEI CHEN, ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:18cv794 |
| ) | |
| LIN BING JUN, et al., ) | |
|    Defendants. ) | |
| ) | |
| ) | |
| ) | |

## ORDER

On October 31, 2018, United States Magistrate Judge Theresa Carroll Buchanan entered a Report and Recommendation ("Report") in this Anti-Cybersquatting Consumer Protection Act case, recommending that plaintiff's motion for default judgment be granted. Specifically, Judge Buchanan recommends that judgment be entered against defendants and that the subject domain names be transferred back to plaintiff.

Upon consideration of the record and Judge Buchanan's thorough Report, to which no objections have been filed, and having found no clear error,[1]

The Court **ADOPTS**, as its own, the findings of fact and recommendations of the United States Magistrate Judge, as set forth in the Report (Doc. 13).

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a magistrate's report, the court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'").

Accordingly,

It is hereby **ORDERED** that plaintiff's motion for default judgment (Doc. 9) is **GRANTED** as to plaintiff's Anti-Cybersquatting Consumer Protection Act claims. All of plaintiff's remaining claims are **DISMISSED WITHOUT PREJUDICE**.

It is further **ORDERED** that the domains, 789365.com, 402013.com, 402014.com, 402015.com, and vip999365.com shall be transferred to plaintiff at the GoDaddy account with customer number 186916158 with the email address cxm2018gd@163.com on the account.

Counsel for plaintiff shall provide a copy of this Order to defendants at their last known address.

The Clerk is further directed to provide a copy of this Order to all counsel of record, and to place this matter among the ended causes.

Alexandria, Virginia
November 16, 2018

/s/
T. S. Ellis, III
United States District Judge